IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                              CHAPTER 11

**COMMUNITY HOME FINANCIAL**                      **CASE NO. 1201703EE**
**SERVICES, INC.**

**COMMUNITY HOME FINANCIAL**
**SERVICES, INC. AND WILLIAM D. DICKSON**

**VS.**                                                                 **ADVERSARY NO. 1200091EE**

**EDWARDS FAMILY PARTNERSHIP,**
**L.P. AND BEHER HOLDINGS TRUST**

**FINAL JUDGMENT ON**
*MOTION FOR STAY PENDING APPEAL*

      **THIS MATTER** came before the Court on Wednesday, November 6, 2013, at 1:00 P.M. for hearing (Hearing) on the *Motion for Stay Pending Appeal* (Dkt. #107) (Motion) filed by the Debtor and the *Edwards Family Partnership, L.P. and Beher Holdings Trust's Response to Motion for Stay Pending Appeal (Dk #107)* (Dkt. #110) (Response).

      At the November 6, 2013, Hearing, the Court heard oral arguments on the Motion and Response. After considering the Motion, Response and oral arguments and for reasons more fully explained in the *Opinion* which was stated orally and in open court, the Court finds the appeal for which Community Home Financial Services, Inc., seeks a stay is in a case assigned to U. S. District Court Judge Daniel P. Jordan, III, Case No. 3:13-cv-00633-DPJ-FKB. The final judgment from this Court which is on appeal to Judge Jordan is related to a case pending before U. S. District Court

Judge Carlton W. Reeves, Case No. 3:12-cv-00252-CWR-LRA. The Court is of the opinion that because of the involvement of separate district judges, the determination of a stay pending appeal should be made by a district judge.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the *Motion for Stay Pending Appeal* (Dkt. #107) should be, and hereby is, denied.

**SO ORDERED.**